Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

DEC 23 2019

U.S. DISTRICT COURT
ELKINS WV 26241

_Lavell Bone_

_Your full name_

**STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983**

v.

_LT. Whetstone,
Ofc. Fabery, Ofc. Lewis,
Ofc. Kitchen,
Associate Warden Mr. Keyes,_

Civil Action No.: __3:19cv 215__
_(To be assigned by the Clerk of Court)_

Groh/Trumble/Sims

Jury Trial

_Enter above the full name of defendant(s) in this action_
_Individual and Official Capacity
all defendants_

I.    **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    **PARTIES**

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Your Name: _Mr. Lavell Bone_
Inmate No.: _60154-019_
Address: _AUSP Thomson P.O. Box_

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

B.    Name of Defendant: _LT. Whetstone_

Attachment A

Position: Lieutenant

Place of Employment: Hazelton USP

Address: 1640 SKY VIEW DRIVE, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: LT. Whetstone ordered Ofc. Fabery, Ofc. Lewis, and Ofc. Kitchen to stick their finger in my anal and on or around Feb 17th 2018 he physically assaulted me for filing a PREA claim against him and his officers.

B.1    Name of Defendant: Ofc. Fabery

Position: Federal Correctional Officer

Place of Employment: Hazelton USP

Address: 1640 SKY VIEW DRIVE, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: This C.O. stuck his finger in my anal because LT. Whetstone ordered him to.

B.2    Name of Defendant: Ofc. Lewis

Position: Federal Correctional Officer

Place of Employment: Hazelton USP

Address: 1640 SKY VIEW DRIVE, Bruceton Mills, WV 26525

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☒ Yes        ☐ No

If your answer is "YES," briefly explain: Ofc. Lewis stood in the door way and watched Ofc.'s Fabery and Ofc. Kitchen stick their finger in my anal.

B.3    Name of Defendant: Ofc. Kitchen

Position: Federal Correctional Officer

Place of Employment: Hazelton USP

Address: 1640 SKY VIEW DRIVE, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☒ Yes        ☐ No

If your answer is "YES," briefly explain: Ofc. Kitchen stuck his finger in my anal.

B.4    Name of Defendant: Mr. Keyes
Position: Associate Warden / PREA Coordinator
Place of Employment: Hazelton USP
Address: 1640 SKY VIEW DRIVE, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☒ Yes        ☐ No

If your answer is "YES," briefly explain: I explained to Mr. Keyes that I had gotton sexually assaulted and that I

really needed to see medical and he denied me that right.

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?      □ Yes       □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: AUSP Thomson _____

A.   Is this where the events concerning your complaint took place?
□ Yes       ☒ No

If you answered "NO," where did the events occur?
Hazelton USP in the Special Housing Units (SHU)

B.   Is there a prisoner grievance procedure in the institution where the events occurred?       ☒ Yes       □ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?       □ Yes       ☒ No

D.   If your answer is "NO," explain why not Counselor Bennett

who was my Counselor wouldn't process my grievances. However, I did file my grievances on this issue once I arrived at another institution.

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes      ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court:_____
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
     _____

5.   Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6. Disposition: _____
   *(For example, was the case dismissed?  Appealed?  Pending?)*

7. Approximate date of filing lawsuit:_____

8. Approximate date of  disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?     □ Yes     □ No

D. If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

   _____

   _____

   _____

E. Did you exhaust available administrative remedies? ☒ Yes     □ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   Since I couldn't exhaust my remedies at Hazelton USP, I exhausted all remedies at Lewisburg USP. Lewisburg, Regional, and central office told me my complaint would be forwarded to the appropriate authority for review.

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): ___N/A_____

Defendant(s): ___N/A_____

2.    Name and location of court and docket number:
___N/A_____
_____

3.    Grounds for dismissal:    □ frivolous    □ malicious
□ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: ___N/A_____

5.    Approximate date of disposition: ___N/A_____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: LT. Whetstone ordered Ofc. Fabery, Ofc. Kitchen, and Ofc. Lewis to stick their finger in my anal and then physiscally assaulting me. AW Mr. Keyes ignored my pleas for help. They 'all' violated my 8th Amendment right, due process, etc..

Supporting Facts: On or around Dec 28th 2017 while in ambulatory restraints LT. Whetstone had two C.O.'s sexually assault me. While conducting a 2 hour LT check LT Whetstone noticed I had smeared feces all on the wall and was mad about this. LT Whetstone was also mad at me because

## V. STATEMENT OF CLAIM cont... 2

of my behavior in the SHU. Officers were complaining to LT. Whet-
stone about my behavior and writing me incident reports daily, some-
time two to three times daily. Upon entering the restraint cell and see-
ing feces on the wall LT. Whetstone was mad. Upon checking my re-
straints LT. Whetstone struck me upside the head with his closed fist.
Upon being struck upside the head I fell to my knees. As I tried to
get up LT. Whetstone grabbed me around the neck and lifted me up
off the ground. I told LT. Whetstone that I was hearing voices
and that I needed help. LT. Whetstone told me I was about to
get all the help I needed. LT. Whetstone then told Ofc. Fabery to
come stick his finger in my anal. I tried to resist but it wasn't much
I could do. When Ofc. Fabery pulled down the paper clothing shorts
I had on, he stuck his finger in my anal. Once Ofc. Fabery moved
from behind me I then heard LT. Whetstone tell Ofc. kitchen to
come stick his finger in my anal also. When Ofc. kitchen st-
uck his finger in my anal I passed out. I'm not sure if Ofc.
Lewis and LT. Whetstone stuck their finger in my anal because
I was passed out. When I finally awoke I was bent over the
bunk with my shorts pulled down to my ankles. Once I got my-
self together I layed down on the bunk and cried. Once the
C.O's did a 15 minute check they told me if I told anybody
they'll be back to see me again. On or around Dec 29th, 2017 LT.
Whetstone fabricated federal documents to have me placed in four
point restraints. When LT. Whetstone came to do a 2 hour LT.
Check he told me we were alright until I smeared feces all
on the wall. I told LT. Whetstone that I was going to contact
my family and have them contact the O.I.G. and inform them
of what him and his C.O's did to me. LT. Whetstone said that

V. STATEMENT OF CLAIM cont... 3

sounded like a threat to him. LT. Whetstone then told a C.O. go get some leg irons and then he placed me in four point restraints. LT. Whetstone placed me in four point restraints so I couldn't inform the Warden, Cpt, or the A.W's about what he had done to me. However, A.W. Mr. Keyes did a round in the SHU and I told him I was sexually assaulted and that I really needed to see medical. A.W. Keyes told me once I came out of restraints and cleaned myself up (because I had feces all over my body and the cell) we'll talk. Once I was released from restraints I notified I.D.O. Ms. Harding and Psychologist Dr. Crouch about this. However, nothing was done. I asked I.D.O. Ms. Harding and Dr. Crouch who did they notify and they both told me that according to BOP policy they had to notify the Operational LT. The Operational LT. was LT. Whetstone. LT. Whetstone never documented or notified the PREA coordinator (A.W. Mr. Keyes) about my sexual assault. LT. Whetstone never notified anybody because the sexual assault charge was against him. Two weeks after the incident happened the Cpt did rounds in the SHU and I told him about what happened to me on or around Dec 28th, 2017. However, I still didn't see anybody. Once again, the Cpt did rounds in the SHU the next day and I told him again about what happened to me. The Cpt said, "You telling me you didn't see anybody yesterday?" I told him no and the Cpt. told me once he finish his rounds in the SHU he was going to call and make sure S.I.S. came to see me. It took 13 days for me to see medical and I told multiple staff. I told 3 I.D.O.'s (Institutional Duty Officers), a psychologist, a chaplain, P.A. Meyers, Unit Manager Mr. Jones and Associate Warden Mr. Keyes. Because I filed a PREA allegation ag-

## V. STATEMENT OF CLAIM contin. 4

aigst LT. Whetstone he retaliated against me. On or around Feb 17th, 2018 LT. Whetstone physically assaulted me along with two other C.O's. LT. Whetstone fabricated federal documents and said I assaulted him. LT. Whetstone and two other C.O's slammed me to the ground and kicked me all in the face, back, and stomach. Instead of hitting his duress button, LT Whetstone continued to assault me and then ranned out the cell to get a can of mace. Once he emptyed the can of mace directly in my face he hit his duress button and then escorted me out the cell. Later on that day I was transfered to another Institution. I also tried filing a lawsuit about the sexual assault when I was at Hazetton USP but LT. Whetstone, Ofc. Fibery, Ofc. Lewis, and Ofc. Kitchen kept throwing my legal work away, denying me paper, ink pens, and the right to use the law library.

**Attachment A**

CLAIM 2: _____ N/A _____

_____

Supporting Facts: _N/A_____

_____

_____

_____

CLAIM 3: N/A _____

_____

Supporting Facts: _N/A_____

_____

_____

CLAIM 4: N/A _____

_____

Supporting Facts: N/A_____

_____

_____

_____

CLAIM 5: _N/A_____

_____

Supporting Facts: _N/A_____

_____

_____

_____

## VI.     INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I sustained psychological injuries and injuries to my anal.

VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

I want the Courts to make Defendants Whetstone, Faber, Lewis, Kitchen to pay me $50,000 and A.W, Mr. Keyes $100,000.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  AUSP Thomson                on   11-13-19                .
        (Location)                                      (Date)

Lavell Bone

Your Signature

Attachment E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Lavell Bone

_____

_Your full name_

v.                                    Civil Action No.: ___3:19cv215___

LT, Whetstone,
Ofc, Fabery, Ofc, Lewis,
Ofc, Kitchen,
Associate Warden Mr, Keyes,

_Enter above the full name of defendant(s) in this action_

### Certificate of Service

I, ___Lavell Bone___ (your name here), appearing _pro se_, hereby certify that

I have served the foregoing ___Summons and Complaint___ (title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the defendant(s) on

___11-13-19___ (insert date here):

(List name and address of counsel for defendant(s))

_Lavell Bone_

(sign your name)

_United States District Court_          24          _Northern District of West Virginia-2013_